EN EL TRIBUNAL SUPREMO DE PUERTO RICO

| | |
|---|---|
| In re: <br><br><br> José O. Sepúlveda Padilla | 2018 TSPR 75 <br><br> 200 DPR ____ |

Número del Caso: TS-15,338

Fecha:   3 de mayo de 2018

Abogado de la peticionaria:

 Por derecho propio

Materia:  Reinstalación al ejercicio de la abogacía.

Este documento constituye un documento oficial del Tribunal Supremo que está sujeto a los cambios y correcciones del proceso de compilación y publicación oficial de las decisiones del Tribunal. Su distribución electrónica se hace como un servicio público a la comunidad.

EN EL TRIBUNAL SUPREMO DE PUERTO RICO

| | |
|---|---|
| *In re*:<br><br>José O. Sepúlveda Padilla | TS-15-338 |

**RESOLUCIÓN**

En San Juan, Puerto Rico, a 3 de mayo de 2018.

Examinada la *Solicitud de reinstalación al ejercicio de la abogacía* que presentó el Sr. José O. Sepúlveda Padilla, se autoriza su reinstalación al ejercicio de la abogacía.

Notifíquese de inmediato.

Lo acordó el Tribunal y certifica el Secretario del Tribunal Supremo. La Jueza Presidenta Oronoz Rodríguez no intervino.


Juan Ernesto Dávila Rivera
Secretario del Tribunal Supremo